**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

RAY LYNN PRUDHOMME                                    CIVIL ACTION NO. 07-745

VERSUS                                                                    JUDGE MELANÇON

IOWA POLICE DEPARTMENT, ET. AL.          MAGISTRATE JUDGE HILL

**JUDGMENT**

This matter was referred to United States Magistrate C. Michael Hill for Report

and Recommendation.  No objections have been filed.  After an independent review of

the record, the Court concludes that the Report and Recommendation of the magistrate

judge [Rec. Doc. 6] is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED** that this action is **DISMISSED WITHOUT**

**PREJUDICE** for failure to exhaust administrative remedies.

**THUS DONE AND SIGNED** this 13th day of September, 2007 at Lafayette,

Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE